# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAQUAN LEE DAVIS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-32 |
| v. | * | |
| | * | |
| DUNBAR, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 10.  Petitioner JaQuan Davis ("Davis") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Davis' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow the Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Davis *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

SO **ORDERED**, this ___29___ day of ___November___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2